# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 114 WAL 2014
:
           Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
      v. :
:
:
:
NAVADA GREEN, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.